IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MUHAMMAD SPINNER,** | : | |
| Petitioner | : | |
| | : | No. 1:22-cv-01882 |
| v. | : | |
| | : | (Judge Kane) |
| **WARDEN SAGE,** | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, on this 18th day of August, 2023, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DENIED WITH PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
